IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DEBRA ANN KESTERSON                                    PLAINTIFF

v.                              CIVIL NO. 08-2071

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                         DEFENDANT

## O R D E R

On this 23rd day of October           2009, the court has before it for consideration

plaintiff's request for attorney's fees and costs pursuant to 42 U.S.C. § 406(b). For reasons set

forth in the report and recommendation filed by the Honorable James R. Marschewski, United

States Magistrate Judge for the Western District of Arkansas, on October 2, 2009, the court finds

that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff's

attorney fees in the amount of $3147.26.

IT IS SO ORDERED.

_____
HONORABLE ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

OCT 23 2009

CHRIS R. JOHNSON, CLERK
BY
        DEPUTY CLERK

AO72A
(Rev. 8/82)